UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC.,<br>425 Third Street SW, Suite 800<br>Washington, DC 20024,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br>Office of the General Counsel<br>245 Murray Lane SW<br>Mailstop 0485<br>Washington, DC 20528,<br><br>        Defendant. | Civil Action No. 15-cv-00915(BAH) |

## JOINT STATUS REPORT

The parties, by counsel, respectfully submit this Joint Status Report in response to the Court's Standing Order for Civil Cases ¶ 3.b.ii (Doc. 4).

1. Plaintiff Judicial Watch, Inc. initiated this Freedom of Information Act ("FOIA") lawsuit against Defendant United States Department of Homeland Security on June 15, 2015. (Doc. 1). Defendant answered the complaint on August 21, 2015. (Doc. 9).

2. On August 31, 2015, Defendant responded to Plaintiff's FOIA request. The response stated that the United States Secret Service (a component of Defendant, to which the FOIA request was addressed) had conducted a reasonable search in response to Plaintiff's FOIA request. The response further stated that there are no responsive records pertaining to the request.

3.      The parties propose to confer for a period of approximately three weeks to determine if further proceedings are necessary, and file a status report with the Court on September 25, 2015.

4.      The parties respectfully propose the following schedule for the filing of dispositive motions, should they be necessary:

   a. Defendant will file its dispositive motion by November 9, 2015;

   b. Plaintiff will file its dispositive motion and its opposition to Defendant's dispositive motion by December 7, 2015;

   c. Defendant will file its opposition to Plaintiff's dispositive motion and its reply in support of its dispositive motion by January 8, 2016; and

   d. Plaintiff will file its reply in support of its dispositive motion by January 29, 2016.

Dated:  September 3, 2015

Respectfully submitted,

| | |
|---|---|
| BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General | /s/ Jason B. Aldrich<br>JASON B. ALDRICH<br>D.C. Bar No 495488 |
| MARCIA BERMAN<br>Assistant Branch Director<br>Federal Programs Branch | JUDICIAL WATCH, INC.<br>425 Third Street SW, Suite 800<br>Washington, D.C. 20024<br>Telephone:  (202) 646-5172 |
|  /s/ Andrew M. Bernie<br>ANDREW M. BERNIE<br>D.C. Bar No. 995376<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone:  (202) 616-8488<br>E-mail:  andrew.m.bernie@usdoj.gov | *Counsel for Plaintiff* |
| *Counsel for Defendant* | |