IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:15-cv-00915 (BAH) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF HOMELAND SECURITY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc., and Defendant United States Department of Homeland Security hereby stipulate to the dismissal of this action, with prejudice, and with each side bearing its own fees and costs.

Date:  September 25, 2015.                 Respectfully submitted,

JUDICIAL WATCH, INC.                       BENJAMIN C. MIZER
                                           Principal Deputy Assistant Attorney General

/s/ Jason B. Aldrich
D.C. Bar No. 495488                        MARCIA BERMAN
Suite 800                                  Assistant Branch Director
425 Third Street, SW.                      Federal Programs Branch
Washington, DC 20024
Tel: (202) 646-5172                        /s/ Andrew M. Bernie
Fax: (202) 646-5199                        D.C. Bar No. 995376
                                           Trial Attorney
**Counsel for Plaintiff**                  United States Department of Justice
                                           Federal Programs Branch
                                           20 Massachusetts Avenue, NW
                                           Washington, DC 20530
                                           Tel: (202) 616-8488
                                           Email: andrew.m.bernie@usdoj.gov

                                           **Counsel for Defendant**